IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CLIFF ORANE HANSON,

    Petitioner,

v.                                        CASE NO. 4:07cv287-RH/WCS

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER DISMISSING PETITION

This 42 U.S.C. § 2254 petition is before the court on the magistrate judge's report and recommendation (document 7), and the objections thereto (document 8). I have reviewed *de novo* the issues raised by the objections.

In his objections, petitioner apparently acknowledges that an appeal still is pending in the Florida First District Court of Appeal from the denial of petitioner's Florida Rule of Civil Procedure 3.850 motion for relief from the underlying conviction and sentence that he also challenges in this court. As the report and recommendation correctly concludes, relief in this court is not available until petitioner exhausts his state remedies—including in the pending appeal.

*Page 2 of 2*

Accordingly,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "The petition is dismissed without prejudice to for failure to exhaust available state remedies." The clerk shall close the file.

    SO ORDERED this 9th day of January, 2008.

                                             s/Robert L. Hinkle
                                             Chief United States District Judge